Debtor __Nanobeak Biotech Inc._____    Case number *(if known)*_____
         *Name*

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Alison V. Holcombe<br>1124 Sunset Road<br>Ann Arbor, Michigan 48103<br><br>Date or dates debt was incurred: 9/5/18<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 10,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Allen D Dumont, MD<br>2484 Winged Foot CT.<br>Ann Arbor, Michigan 48108<br><br>Date or dates debt was incurred: 5/15/19, 9/11/19<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 50,613.68 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>David P. Nolan<br>200 Dorado Beach Dr #3722<br>Dorado, PR 00646<br><br>Date or dates debt was incurred: Various<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 1,434,773.69 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Dorothy Dawn Ricks<br>18 Osborn Farm Ln<br>Wainscott, New York 11975<br><br>Date or dates debt was incurred: Various<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 148,013.91 |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Gajanan Vithal Gandhe<br>704 Wellington, Hiranandani Estates<br>Ghodbunder Road, Thane West 400607, India<br><br>Date or dates debt was incurred: 2/26/18<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 38,707.83 |
| **3.6** **Nonpriority creditor's name and mailing address**<br>Henry H Livingston<br>3 Anchorage Lane<br>Marblehead, MA 01905<br><br>Date or dates debt was incurred: 6/6/18, 10/11/18<br>Last 4 digits of account number: __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Debt Holder<br><br>**Is the claim subject to offset?**<br>☐ No  ☐ Yes | $ 287,933.33 |

Debtor: Nanobeak Biotech Inc

Case number (if known): _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address
IRA Service Trust Company, CFBO Donald E. Elefson
225 E 46th Street
New York, NY 10017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Debt Holder

Date or dates debt was incurred: 8/20/18
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 143,133.33

---

**3.8** Nonpriority creditor's name and mailing address
James Bosek
8 Waverly Road
Darien, Ct 06820

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Holder

Date or dates debt was incurred: 3/24/20
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 113,589.04

---

**3.9** Nonpriority creditor's name and mailing address
JKB Investments, LLC
3002 Apple Brook Lane
Oatkon, VA 22124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Holder

Date or dates debt was incurred: 8/20/18, 6/26/19, 3/6/20
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 385,546.88

---

**3.10** Nonpriority creditor's name and mailing address
Joanne Stoner
551 S. Mutz Dr
Columbus, IN 47201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Holder

Date or dates debt was incurred: 9/14/18
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 141,466.67

---

**3.11** Nonpriority creditor's name and mailing address
John E. Groman 2002 Trust dated 1/18/2002
441 Kings Road
Cohasset, MA 02025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Debt Holder

Date or dates debt was incurred: 10/12/16
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,358,036.99

---