**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                             :
                                                  :   Chapter 7
NANOBEAK BIOTECH INC.,                            :
                                                  :   Case No. 21-11600-mg
                            Debtor.               :
-----------------------------------------------------------x

## REVISED PROFESSIONAL FEE HOURLY RATES

I, Neil J. Bivona, hereby declare:

1.  I am a Managing Director of RSR Consulting LLC ("**RSR**"), which has its office at 1330 Avenue of the Americas, 23rd Floor, New York, New York 10019.

2.  Effective January 1, 2022, RSR implemented a firm-wide rate increase to the following summarized levels:

| Level | Rate |
|---|---|
| Managing Directors | $475 |
| Senior Vice Presidents & Directors | $415 to $425 |
| Vice Presidents & Associates | $295 to $400 |
| Analysts | $200 to $275 |
| Paraprofessionals | $175 |

3.  Specifically, the rates applicable to the RSR employees currently involved in this matter are:

| Name | Title | Rate |
|---|---|---|
| Robert S. Rosenfeld | Managing Director | $475 |
| Neil J. Bivona | Managing Director | $475 |
| Nelson Andrade | Director | $425 |
| George Megre | Vice President | $400 |

2

4.     The hourly rates set forth above will be RSR's standard hourly rates effective as of January 1, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January 2022

_____
Neil J. Bivona