```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                     :
                                          :        Chapter 7
NANOBEAK BIOTECH INC.,                    :
                                          :        Case No. 21-11600 (MG)
                      Debtor.             :
-----------------------------------------------------------x
```

**ORDER, PURSUANT TO FED. R. BANKR. P. 9019, APPROVING
THE STIPULATION SETTLING AND RESOLVING
CLAIMS AGAINST TREVOR DAY SCHOOL**

Upon the motion (the "Motion") of Yann Geron, the Chapter 7 Trustee (the "Trustee") for the estate of Nanobeak Biotech Inc. (the "Debtor"), by and through his special litigation counsel, Klestadt Winters Jureller Southard & Stevens, LLP, for an order pursuant to Fed. R. Bankr. P. 9019, approving a certain settlement agreement, a copy of which was annexed to the Motion as Exhibit B (the "Stipulation"), between the Trustee and Trevor Day School ("Trevor" and together with the Trustee, the "Parties" or each a "Party"); and upon the notice scheduling a hearing (the "Hearing") for August 3, 2023 to consider the relief sought in the Motion; and a certificate of no objection having been filed on July 31, 2023 by counsel to the Trustee stating that no objection or responsive pleading to the Motion has been filed with the Court; and due and proper notice of the Motion and Hearing having been given to all creditors and parties in interest as required by Fed. R. Bankr. P. 2002; and no objections to the Motion having been filed; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and the Trustee and Trevor are fully authorized and directed to consummate the terms thereof.

2. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Stipulation.

**IT IS SO ORDERED.**

Dated: August 2, 2023
       New York, New York

                                                  **/s/ Martin Glenn**
                                                   MARTIN GLENN
                                     Chief United States Bankruptcy Judge